**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6432**

———————

PAUL B. GOIST,

                                        Petitioner - Appellant,

        versus

JOSEPH SMITH, Warden,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-03-3021-20BD)

———————

Submitted:  April 28, 2005          Decided:  May 3, 2005

———————

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul B. Goist, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul B. Goist, a federal prisoner, appeals from the district court's order denying his motion for reconsideration of a petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Goist v. Smith, No. CA-03-3021-20BD (D.S.C. Feb. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED